**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 187 MAL 2022

           Respondent             :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

           v.                             :

                                    :

PARRIS LAVON HARPER,              :

                              :

            Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 25th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.